[No. 2199-1.    Division One.    July 8, 1974.]

THE CITY OF SEATTLE, *Respondent,* v. JAMES NORVAL SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 62620, James W. Mifflin, J., entered February 22, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Callow, J.

[No. 2658-1.    Division One.    July 8, 1974.]

*In the Matter of the Welfare of* RICHARD ALLEN WOLFE.

Appeal from a judgment of the Superior Court for King County, No. J-69176, David W. Soukup, J., entered November 15, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and James, J.

[No. 1909-1.    Division One.    July 8, 1974.]

KENNETH YOUNG et al., *Appellants,* v. GROUP HEALTH COOPERATIVE OF PUGET SOUND et al., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 739206, George H. Revelle, J., entered August 7, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Callow, J.